## Commonwealth *v.* Ottey, Appellant.

Argued Sep-

tember 14, 1965. *Kiefer N. Gerstley,* with him *Morris Gerber,* and *Wisler, Pearlstine, Talone & Gerber,* and *Cohen, Shapiro, Berger & Cohen,* for appellant; *L. Francis Murphy,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

 Order affirmed.

 FLOOD, J., absent.